UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PAUL CRAGG,<br><br>    Plaintiff,<br><br>v.<br><br>GARLAND, *et al.*,<br><br>    Defendant. | Case No. 1:24-cv-01124-KES-EPG (PC)<br><br>ORDER FOR DEFENDANTS TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED FOR DEFENDANTS' FAILURE TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 18) |

    Plaintiff Paul Cragg is a federal pretrial detainee proceeding *pro se* and *in forma pauperis*. Plaintiff's claims arise out of his pretrial detention at Taft Community Correctional Facility (Taft CCF). Plaintiff filed his complaint on September 20, 2024, and alleged that Taft's policy regarding indigent supply kits violated his constitutional rights. (ECF No. 1).

    On March 7, 2025, the Court screened Plaintiff's complaint and directed Plaintiff to determine how he wished to proceed. (ECF No. 6). Plaintiff stated he wanted to proceed on his conditions of confinement claim against Defendants B.R. Juarez, A. Garcia, S. Soliz, Brown, and Wilson. For that reason, on September 22, 2025, the Court ordered that all other claims be dismissed. (ECF Nos. 10 and 17).

    On July 2, 2025, the Defendants A. Garcia, Brown, B.R. Juarez, S. Soliz, and Wilson all waived service, requiring that Defendants respond to Plaintiff's complaint no later than September 2, 2025. (ECF No. 14). On October 2, 2025, the Court conducted a review of the docket and noted that Defendants had failed to respond to Plaintiff's complaint by September 2,

1

2025, so the Court granted a *sua sponte* extension of time to file a response no later than October 9, 2025. (ECF No. 18). No response has been filed and the deadline to do so has passed.

The Federal Rules of Civil Procedure provide that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

Accordingly, IT IS HEREBY ORDERED, that within **fourteen (14) days** from the date of service of this order, Defendants shall show cause why the Clerk should not enter Defendants' default.

IT IS SO ORDERED.

Dated: __October 14, 2025__         /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE

2