UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PAUL CRAGG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARLAND, *et al.*,<br><br>　　　　Defendant. | Case No.   1:24-cv-01124-KES-EPG (PC)<br><br>ORDER FOR DEFENDANTS TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED FOR DEFENDANTS' FAILURE TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 18) |

　　　　Plaintiff Paul Cragg is a federal pretrial detainee proceeding *pro se* and *in forma pauperis*. Plaintiff's claims arise out of his pretrial detention at Taft Community Correctional Facility (Taft CCF). Plaintiff filed his complaint on September 20, 2024, and alleged that Taft's policy regarding indigent supply kits violated his constitutional rights. (ECF No. 1).  This case proceeds on Plaintiff's complaint on his conditions of confinement claim against Defendants B.R. Juarez, A. Garcia, S. Soliz, Brown, and Wilson. (ECF Nos. 6, 10 and 17).

　　　　On July 2, 2025, the Defendants A. Garcia, Brown, B.R. Juarez, S. Soliz, and Wilson all waived service, requiring that Defendants each respond to Plaintiff's complaint no later than September 2, 2025. (ECF No. 14).

　　　　On October 2, 2025, the Court conducted a review of the docket and noted that Defendants had failed to respond to Plaintiff's complaint by September 2, 2025, so the Court granted a *sua sponte* extension of time to file a response no later than October 9, 2025. (ECF No. 18). No response has been filed and the deadline to do so has passed.

1

The Court has reviewed the docket once again and noted that the remaining Defendants' counsel of record was listed as United States Attorney's Office. However, the remaining Defendants are employed by Taft Community Correctional Facility located at 330 Commerce Way, Taft, CA. 93268.  As a result, it is possible that Defendants did not receive the Court's previous Order to Show Cause.

The Federal Rules of Civil Procedure provide that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a).

Accordingly, IT IS HEREBY ORDERED, that:

1. Within **fourteen (14) days** from the date of service of this order, Defendants shall show cause in writing why the Clerk should not enter Defendants' default.
2. The Clerk of Court shall send Defendants A. Garcia, B.R. Juarez, S. Soliz, Wilson, and Brown each a copy of this order at Taft Community Correctional Facility at 330 Commerce Way, Taft, CA 93268.

IT IS SO ORDERED.

Dated:   **November 19, 2025**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2