UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD PAUL CRAGG,

      Plaintiff,

   v.

GARLAND, et al.,

      Defendants.

No.  1:24-cv-01124-KES-EPG

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

(Docs. 26, 27)

Plaintiff Paul Cragg is a federal pretrial detainee proceeding pro se and in forma pauperis. Plaintiff's claims arise out of his pretrial detention at Taft Community Correctional Facility (Taft CCF).  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 15, 2025, plaintiff filed a request to reject defendants' cause showing and enter default judgment ("motion for default judgment").  Doc. 26.  On December 23, 2025, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for default judgment be denied.  Doc. 27.  Specifically, the magistrate judge found that there was an error on the court docket as to who was representing the remaining defendants following the dismissal of the initial *Bivens* claim and the dismissal of the federal defendants, and the remaining defendants did not receive the court's initial order to show cause.  *Id.*  The magistrate judge also found that plaintiff was not prejudiced by the delay in defendants' filing of

1

their answer to the complaint. *Id.* at 3. The findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within thirty days after service. *Id.* at 4. Plaintiff filed timely objections on January 26, 2026. Doc. 30.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, including plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Plaintiff's objections do not establish that the magistrate judge erred in finding that there was confusion, reflected on the docket, as to who was representing the remaining defendants, and that plaintiff was not prejudiced by the delay in receiving defendant's answer to the complaint. Nor do plaintiff's objections establish that default judgment should be entered for plaintiff.

Accordingly:

1.     The findings and recommendations issued on December 23, 2025, Doc. 27, are adopted in full; and

2.     Plaintiff's motion for default judgment, Doc. 26, is denied.

IT IS SO ORDERED.

Dated:   __February 22, 2026__

_____
UNITED STATES DISTRICT JUDGE

2