UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD PAUL CRAGG,

Plaintiff,

v.

GARLAND, et al.

Defendants.

No. 1:24-cv-01124-KES-EPG (PC)

ORDER DIRECTING CLERK OF COURT TO UPDATE PLAINTIFF'S ADDRESS TO FCI LOMPOC

ORDER DENYING PLAINTIFF'S REQUEST FOR COPIES OF DOCKET

(ECF No. 39)

Plaintiff Edward Paul Crag is a federal pretrial detainee proceeding *pro se* and *in forma pauperis.* Before the Court is Plaintiff's notice Change of Address and a Request for Documents filed on July 27, 2026. (ECF No. 39).

In his filing, Plaintiff states he was moved from FCI Victorville to FCI Lompoc and that he is "again without any of his legal paperwork." (*Id.*). Plaintiff states the only filing he received prior to his transfer was the April 23, 2026, Court order setting a settlement conference for July 30, 2026. (ECF No. 32). However, Plaintiff indicates since being transferred he received a July 14, 2026, Court order directing his institution to produce him for a hearing via zoom for this settlement conference. (ECF No. 37). As such, Plaintiff states he has none of the intervening orders, nor does he have "any of the documents filed in this case." (ECF No. 39). Plaintiff requests that: (1) his mailing address with the Court be changed to: Edward Paul Crag, 76277-097, FCI Lompoc Low I, 3600 Guard Road, Lompoc, CA 93436 and (2) that the Clerk of Court mail to him every filing in this case. (*Id.*).

The Court shall grant Plaintiff's request to have his current address updated to reflect his

current institution. To extent that Plaintiff seeks every document in this case to be sent to him, the Court shall deny such a request but shall direct the Clerk of Court to mail Plaintiff the documents that have been filed since the Court's April 23, 2026 order.

Plaintiff is advised that the Clerk of Court does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. *See* 28 U.S.C. § 1914(a). Copies of up to twenty pages may be made by the Clerk's Office at this Court upon written request and prepayment of the copy fees.

Plaintiff does not describe why he requires the entire case file and not just the intervening documents between ECF Nos. 32 and 37. As Plaintiff seems to have been recently transferred, it is premature to find that Plaintiff's case materials are missing or lost. Additionally, Plaintiff has not stated he has requested his materials, or how the institution responded to such a request.

Accordingly, IT IS ORDERED that

1. The Clerk of Court update Plaintiff's address to the following: Edward Paul Crag, 76277-097, FCI Lompoc Low I, 3600 Guard Road, Lompoc, CA 93436.
2. The Clerk of Court provide copies of the following documents:
    a. Order Setting Settlement Conference (ECF No. 34);
    b. July 14, 2026, minute order (ECF No. 36);
    c. Order and Writ of Habeas Corpus Ad Testificandum to Produce Edward Paul Cragg #76277-097 via Zoom for a Settlement Conference on Thursday, July 30, 2026, at 10:00 a.m. (ECF No. 37); and
    d. Amended Order and Writ of Habeas Corpus Ad Testificandum to Produce Edward Paul Cragg #76277-097 via Zoom for a Settlement Conference on Wednesday August 5, 2026, at 10:00 a.m. (ECF No. 38).

IT IS SO ORDERED.

Dated: **July 29, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE