**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD PAUL CRAGG<br><br>Plaintiff,<br><br>v.<br><br>MERRICK GARLAND, et al.; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 1:24-CV-01124-KES-EPG (PC)<br><br>STIPULATION AND PROPOSED ORDER TO DISMISS WITH PREJUDICE<br><br>(ECF No. 45). |

WHEREAS, on August 5, 2026, Plaintiff and Defendants (hereinafter "the Parties") attended a Settlement Conference wherein the Parties reached a settlement.

WHEREAS, the Parties subsequently executed a settlement agreement.

WHEREAS, Plaintiff has received the settlement funds as required under the settlement agreement.

WHEREAS, the Parties are unaware of any other pending issues in the case.

THEREFORE, the Parties JOINTLY REQUEST and STIPULATE that the Court dismiss the above-captioned case with prejudice.

///

///

Dated: __________, 2026

LONGYEAR, LAVRA & CAHILL, LLP

By:______________________________

NICOLE M. CAHILL
SIENNA SWEIVEN
Attorneys for Defendants,
Kristy Brown, Anthony Garcia,
Brenda Juarez, Daniel Soliz and
Amy Wilson

Dated: ___________, 2026

PLAINTIFF IN PRO SE

By:______________________________

EDWARD PAUL CRAGG

**ORDER**

Based on the parties' stipulation, the Court HEREBY ORDERS as follows:

1. This action is DISMISSED with PREJUDICE.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE